GREGORY MAKSYMCHAK et al., Appellants, v. VINCENZO PASQUARILLE et al., Respondents.—

No opinion. Rabin, Acting P. J., Latham and Brennan, JJ., concur; Hopkins, J., dissents in part and votes to modify the judgment so as to require defendants to remove the gate. Martuscello, J., dissents and votes to reverse the judgment and to grant plaintiffs injunctive relief, with the following memorandum: I would reverse the judgment and grant plaintiffs injunctive relief compelling defendants to remove two fences and a gate which have been placed along and across a right-of-way used as a common driveway by the parties herein. The subject property is burdened by an easement, the declaration of which provides for an "open and unobstructed" right-of-way. In my opinion, the erection of the fences and gate constitutes an obstruction and is violative of the declaration of easement (*Missionary Soc. of Salesian Cong.* v. *Evrotas,* 256 N. Y. 86).

ROBERT MALDINI et al., Respondents, v. JEROME A. AMBRO et al., Constituting the Town Board of the Town of Huntington, Defendants, and HEALTH CARE AGENCIES OF THE NEW YORK ANNUAL CONFERENCE OF THE METHODIST CHURCH, INC., Appellant.—

Rabin, Acting P. J., Hopkins, Latham, Kleinfeld and Brennan, JJ., concur.